IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL No. 3:05CV494

| | |
|---|---|
| BARRY W. THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ECHOSTAR SATELLITE L.L.C., a Colorado ) | |
| limited liability company; ECHOSTAR ) | |
| COMMUNICATIONS CORPORATION, a ) | |
| Nevada corporation; and ECHOSTAR ) | |
| TECHNOLOGIES CORPORATION, a Texas ) | |
| corporation, ) | |
| ) | |
| Defendants. ) | |

THIS CAUSE having come before the Court on motion of local counsel for Defendant for admission *pro hac vice* of Philip L. Cohan, and it appearing to the Court under Local Rule 83.1(b) that such counsel should be admitted *pro hac vice* as representing Defendant.

IT IS THEREFORE ORDERED that the motion is granted and that such counsel is admitted to practice before this Court *pro hac vice*.

IT IS FURTHER ORDERED that Philip L. Cohan shall pay to the Court the fees required by Local Rule 83.1(b).

1

Signed: March 14, 2006

_____
David C. Keesler
United States Magistrate Judge