UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV493, 3:05CV494, 3:05CV495, 3:05CV496,
3:05CV498, 3:05CV506, 3:05CV509, 3:05CV510

| | | |
|---|---|---|
| BARRY W, THOMAS, | ) | |
|     Plaintiff, | ) | |
| v. | ) | <u>ORDER AND MEMORANDUM</u> |
| | ) | |
| MOTOROLA, INC., | ) | |
|     Defendant. | ) | |
| | ) | |
| BARRY W. THOMAS, | ) | |
|     Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| ECHOSTAR SATELLITE L.L.C., et al., | ) | |
|     Defendants, | ) | |
| | ) | |
| BARRY W. THOMAS, | ) | |
|     Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CINGULAR WIRELESS L.L.C., et al., | ) | |
|     Defendants, | ) | |
| | ) | |
| BARRY W. THOMAS, | ) | |
|     Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| DIRECTV, INC. et al, | ) | |
|     Defendants. | ) | |
| | ) | |
| BARRY W, THOMAS, | ) | |
|     Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| NOKIA, INC., et al., | ) | |
|     Defendants. | ) | |

| | |
|---|---|
| BARRY W. THOMAS, | ) |
|     Plaintiff, | ) |
| v. | ) |
| | ) |
| ALLTEL COMMUNICATIONS, INC., et al., | ) |
|     Defendants. | ) |
| | ) |
| BARRY W. THOMAS, | ) |
|     Plaintiff, | ) |
| v. | ) |
| | ) |
| ITRON, INC. et al., | ) |
|     Defendants, | ) |
| | ) |
| BARRY W. THOMAS, | ) |
|     Plaintiff, | ) |
| v. | ) |
| | ) |
| SAMSUNG ELECTRONICS AMERICA, INC. et al., | ) |
|     Defendants. | ) |

On September 14, 2006, this Court issued a scheduling order in the instant cases. (Doc. No. 30). That order is now amended as follows:

    1.    Paragraph 2(ii) now reads:

Claim construction briefs from the remaining defendants in case numbers 3:05CV495 (Thomas v. Cingular Wireless LLC et al); 3:05CV498 (Thomas v. Nokia, Inc. et al); 3:05CV509 (Thomas v. Itron, Inc. et al); and 3:05CV510 (Thomas v. Samsung Electronics America, Inc. et al) **are due on October 23, 2006.** Defendant DIRECTTV's brief is due on **November 1, 2006.**

2. Paragraph 2(iii) now reads:

Any response by Plaintiff Thomas to those briefs is due on **November 10, 2006.**

**IT IS SO ORDERED**

Signed: October 12, 2006

Robert J. Conrad, Jr.
Chief United States District Judge